■ JANET RILEY, Appellant, v COUNTY OF WESTCHESTER BUREAU OF PURCHASE AND SUPPLY et al., Respondents.—In an

action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Westchester County, entered June 28, 1984, which, after a hearing, granted defendants' motion to dismiss the complaint for lack of personal jurisdiction.

Order affirmed, with costs, for reasons stated in the memorandum decision of Justice Donovan at Special Term. Bracken, J. P., Lawrence, Eiber and Kooper, JJ., concur.